# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18CR34-03 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSE LUIS MARTINEZ-MALDONADO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke's report and recommendation that the Court ACCEPT Defendant Jose Luis Martinez-Maldonado ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 129.)

On January 17, 2018, the government filed an indictment against defendant. (Doc. No. 1.) On July 9, 2018, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving defendant's guilty plea. (Doc. No. 113.)

On July 20, 2018, a hearing was held in which defendant entered a plea of guilty to counts 1 and 39 of the indictment, charging him with Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine, in violation of 21 U.S.C. Section 846. Magistrate Judge Burke received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 129.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it

was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of counts 1 and 39 in violation of 21 U.S.C. Section 846. The sentencing will be held on October 30, 2018 at 12:30 p.m.

**IT IS SO ORDERED**.

Dated: September 13, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**