**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18-cr-34 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSE LUIS MARTINEZ-MALDONADO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on October 13, 2023.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on October 30, 2023. The defendant admitted to the following violations:

1. Failure to Notify the Probation Office of Change of Address;
2. Failure to Notify the Probation Office as Directed;
3. Unauthorized Use of Drugs;
4. Unauthorized Use of Alcohol and Possession of Alcohol; and
5. Non-Compliance with Substance Abuse Treatment.

The magistrate judge filed a report and recommendation on October 18, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 – 5.

---

[1] Supplemental Violation Reports were filed on November 16, 2023, and December 5, 2023, for the purpose of updating the Court and the parties relative to the defendant's inpatient treatment.

A final supervised release violation hearing was conducted on December 6, 2023. Present were the following: Assistant United States Attorney Jason Katz, representing the United States; Attorney Edward Bryan, representing the defendant; the defendant Jose Luis Martinez-Maldonado, and United States Probation Officers Jamie Rinella and Cierra Motley.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

IT IS ORDERED that the defendant's term of supervised release is modified to include the following:

**Inpatient Treatment**: At the discretion of your probation officer, you must participate in an inpatient substance abuse treatment program approved by the probation office for a minimum of 60 days. You must follow all program rules and successfully complete the program.

**Sober Living Home**: At the discretion of your probation officer, you must participate in a sober living home approved by the probation office for a minimum of 4 months. You must follow all program rules and successfully complete the sober living home.

**Mental Health Treatment**: You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration,

2

intensity, etc.).

**Mental Health Medications**: You must take all mental health medications that are prescribed by your treating physician.

All other terms and conditions remain in effect.

**IT IS SO ORDERED**.

Dated: December 6, 2023

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**