# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:18-CR-34-3 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSE LUIS MARTINEZ-MALDONADO, | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Superseding Violation Report was filed in this case on June 16, 2025.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on July 8, 2025. The defendant admitted to the following violations:

1. New Law Violation;
2. New Law Violation;
3. Failure to Notify of Law Enforcement Contact within 72 Hours; and
4. Unauthorized Use of Alcohol

The magistrate judge filed a report and recommendation on July 8, 2025, in which

---

[1] The original Violation Report was filed on December 19, 2025, and Supplemental Reports were filed on January 10, 2025, March 25, 2025, and July 21, 2025.

the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in all four violations.

A final supervised release violation hearing was conducted on July 24, 2025. Present were the following: Assistant United States Attorney Jason Matthew Katz, representing the United States; Attorney Darin Thompson, representing the defendant; defendant Jose Luis Martinez-Maldonado, and United States Probation Officer Jamie Rinella.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3 and 4.

IT IS ORDERED that the defendant's term of supervised release is revoked, and defendant is committed to an aggregate custody term of 30 days, in accordance with the following schedule:

The 30-day custody term will commence on August 8, 2025, and be served at Mahoning County Jail over a period of 10 consecutive weekends that will start from Fridays at 6:00 p.m. and end on Sundays at 6:00 p.m.

Starting on August 11, 2025, defendant shall serve an additional one-year term of supervised release under the same terms and conditions as previously set (including attendance at AA meetings as directed by his probation officer), and the following additional conditions:

(1) Following the completion of the 30-day custody term, defendant shall successfully complete 30 days in a sober living facility.

(2) Defendant shall successfully complete all conditions imposed by the Barberton Municipal Court Case No. TRC2407005.

Defendant will remain on his previous term of supervised release until he reports for his custody term on August 8, 2025.

**IT IS SO ORDERED**.

Dated: July 24, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**