**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:18-CR-34-3 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOSE LUIS MARTINEZ- | ) | |
| MALDONADO, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on September 5, 2025.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on October 1, 2025. The defendant admitted to the following violations:

1. New Law Violation;
2. Failure to Comply with Barberton Municipal Court Conditions; and
3. Rule Violation in Mahoning County Jail.

---

[1] The Supplemental Report was filed on September 23, 2025.

The magistrate judge filed a report and recommendation on July 8, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in all three violations.

A final supervised release violation hearing was conducted on October 16, 2025. Present were the following: Assistant United States Attorney Jason Matthew Katz, representing the United States; Attorney Ashlynn Alexis Rotta, representing the defendant; defendant Jose Luis Martinez-Maldonado; and United States Probation Officer Jamie Rinella.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2 and 3.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 9 months on each count, to be served concurrently, with credit for time served from September 5, 2025. No supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: October 16, 2025

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2